UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                    Case No. 21-30040
                                      Originating No. 1:20-cr-156

**DAVID RAMONE TAYLOR,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DAVID RAMONE TAYLOR,** to answer to charges pending in another federal district, and states:

1. On **January 21, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment**.  Defendant is charged in that district with **violation of 21 U.S.C. §§841(a)(1), 841(b)(1)(C), and 846–Conspiracy to Distribute a Controlled Substance-Fentanyl(40 grams or more), Distribution of Fentanyl.**

     2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

     WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                           Respectfully submitted,

                                           MATTHEW J. SCHNEIDER
                                           United States Attorney

                                           <u>s/Mitra Jafary-Hariri</u>
                                           Assistant U.S. Attorney
                                           211 W. Fort Street, Suite 2001
                                           Detroit, MI 48226
                                           Mjafary-hariri@usa.doj.gov
                                           (313) 226-9632

Dated: January 21, 2021